IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: October 10, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-01225-RPM

| | |
|---|---|
| LOUIS E. RIVELLI, | Charles B. Hecht |
| RODNEY B. JOHNSON, | Josiah Hatch |
| STEPHEN G. BURKE, | David A. Zisser |
| TERESA W. AYERS, | Ross W. Pulkrabeck |
| CRAIG L. STEVENSON and | Steven W. McDonald |
| ROBERT HOFFMAN, | Matthew J. Smith |

    Plaintiffs,

v.

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, an Indiana corporation, | L. Michael Brooks, Jr. |
| | Geoffrey Race |
|     Defendant. | Adam P. O'Brien |

_____

### COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**10:00 a.m.**     Court in session.

Court's preliminary remarks.

**ORDERED:**     Motion to Dismiss Plaintiffs' Fourth Claim for Relief for Failure to State a Claim, filed June 30, 2008 [4], is granted.

**ORDERED:**     Plaintiffs' Motion for Judicial Notice of Pleadings Pursuant to F.R.E. 201, filed October 9, 2008 [21], is granted.

10:08 a.m.     Argument by Mr. Zisser [2].
10:21 a.m.     Argument by Mr. Pulkrabeck.
10:26 a.m.     Argument by Mr. Brooks.
10:32 a.m.     Argument by Mr. Hecht.

**Court states it will not enter a preliminary injunction without some form of incremental security.**

Discussion regarding scheduling.

**ORDERED:**     Hearing on Plaintiff's Motion for Preliminary Injunction, filed June 10, 2008 [2], is continued to October 30, 2008 at 3:00 p.m.

**10:40 a.m.**     Court in recess.     Hearing concluded. Total time: 40 min.