IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                November 7, 2008
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki
_____

Civil Action No. 08-cv-01225-RPM

| | |
|---|---|
| LOUIS E. RIVELLI, | Charles B. Hecht |
| RODNEY B. JOHNSON, | Josiah Hatch |
| STEPHEN G. BURKE, | David A. Zisser |
| TERESA W. AYERS, | Ross W. Pulkrabeck |
| CRAIG L. STEVENSON and | Steven W. McDonald |
| ROBERT HOFFMAN, | Matthew J. Smith |

     Plaintiffs,

v.

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, an Indiana corporation, | L. Michael Brooks, Jr. |
| | Geoffrey Race |
|      Defendant. | Adam P. O'Brien |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Preliminary Injunction and
Motion for Partial Summary Judgment**

 2:00 p.m.     **Court in session.**

Court's preliminary remarks and entry of appearances by counsel.

| | |
|---|---|
| 2:07 p.m. | Argument by Mr. Hecht. |
| 2:31 p.m. | Argument by Mr. Zisser. |
| 2:37 p.m. | Argument by Mr. Pulkrabeck. |
| 2:39 p.m. | Further argument by Mr. Hecht. |
| 2:43 p.m. | Argument by Mr. Brooks. |
| 2:56 p.m. | Rebuttal argument by Mr. Hecht. |
| 3:05 p.m. | Rebuttal argument by Mr. Zisser. |

Court's findings as stated on record.

**ORDERED:**   **Twin City Fire Insurance Company's Cross-Motion for Summary Judgment, filed November 5, 2008 [31], will be granted by written order.**

**ORDERED:**   **Plaintiff's Motion for Partial Summary Judgment on Their First Claim for Relief, filed October 22, 2008 [24], is denied.**

**ORDERED:**   **Plaintiff's Motion for Preliminary Injunction, filed June 10, 2008 [2], is denied.**

**3:08 p.m.     Court in recess.**     Hearing concluded. Total time: 1 hr. 8 min.