IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01225-RPM

LOUIS E. RIVELLI,
RODNEY B. JOHNSON,
STEPHEN G. BURKE,
TERESA W. AYERS,
CRAIG L. STEVENSON and
ROBERT T. HOFFMAN,

    Plaintiffs,

v.

TWIN CITY FIRE INSURANCE COMPANY,
An Indiana corporation,

    Defendant.
_____

ORDER GRANTING STAY PENDING APPEAL
_____

    On November 26, 2008, the plaintiff filed a motion for stay of further proceedings in this case on their claims remaining after this Court's grant of summary judgment on the first claim for relief which is now on appeal pursuant to Fed.R.Civ.P. 54(b). The defendant has filed opposition to the motion. Because the determination of the appeal may directly affect those remaining claims and because the defendant has failed to demonstrate prejudice from the granting of the requested stay and in the interest of conservation of judicial resources, it is

    ORDERED that the motion is granted and further proceedings in this civil action are stayed until further order of Court.

    DATED: December 24th, 2008.

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge