IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01225-RPM

LOUIS E. RIVELLI,
RODNEY B. JOHNSON,
STEPHEN G. BURKE,
TERESA W. AYERS,
CRAIG L. STEVENSON and
ROBERT T. HOFFMAN,

    Plaintiffs,

v.

TWIN CITY FIRE INSURANCE COMPANY,
An Indiana corporation,

    Defendant.
_____

ORDER FOR STATUS CONFERENCE
_____

    The Mandate from the Court of Appeals affirming the defendant's motion for summary judgment on the first claim for relief having now been received and there being other claims for relief not yet determined, it is

    ORDERED that a status conference will be convened on **February 26, 2010, at 3:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

    DATED:   February 3rd, 2010

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____
                                 Richard P. Matsch, Senior District Judge