IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01225-RPM

LOUIS E. RIVELLI,
RODNEY B. JOHNSON,
STEPHEN G. BURKE,
TERESA W. AYERS,
CRAIG L. STEVENSON and
ROBERT T. HOFFMAN,

    Plaintiffs,

v.

TWIN CITY FIRE INSURANCE COMPANY,
An Indiana corporation,

    Defendant.
_____

ORDER DISMISSING ALL CLAIMS WITH PREJUDICE AND CLOSING CASE
_____

    Pursuant to the Stipulated Notice of Voluntary Dismissal, filed March 4, 2010 [53], it is

    ORDERED that the status conference scheduled for March 11, 2010 at 2:00 p.m. is vacated and it is

    FURTHER ORDERED that all claims are dismissed with prejudice and this civil action is closed with each party to bear its own attorney's fees, costs and expenses.

    DATED: March 4th, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge